**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:08-cr-410-J-32TEM

RICHARD CORNELIOUS SWAIN

_____

**ORDER**

This case is before the Court on defendant's Motion to Suppress Evidence and Statements and Request for Evidentiary Hearing (Doc. 20). The Magistrate Judge conducted an evidentiary hearing on January 22, 2009 and issued a Report and Recommendation that the Motion be denied (Doc. 29). Defendant filed objections to the Report and Recommendation (Doc. 30), and the government responded in opposition to defendant's objections (Doc. 31).

Upon de novo, independent review of the Motion, it is hereby

**ORDERED:**

1. Defendant's objections to the Report and Recommendation of the Magistrate Judge (Doc. 30) are overruled and the Magistrate Judge's Report and Recommendation (Doc. 29) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Suppress Evidence and Statements (Doc. 20) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of February, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. Thomas E. Morris, United States Magistrate Judge
Mac D. Heavener, III, AUSA
Michael Rian Howard, Esquire
U.S. Probation
U.S. Pretrial
U.S. Marshal Service